United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                   Case No. 18-12263-mdc

Katrina Baradji                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                   User: admin                                                    Page 1 of 3

Date Rcvd: Feb 17, 2023                                       Form ID: 138OBJ                                      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katrina Baradji, 4552 Teesdale Street, Philadelphia, PA 19136-4012 |
| 14085236 | + | Banfield Pet Hospital, 1816 NE 82nd Avenue, Portland, OR 97220-5699 |
| 14085240 | | Emerg Care Serv of PA, P.C., PO Box 740021, Cincinnati, OH 45274-0021 |
| 14085243 | | Lourdes Medical Center of Burlington Cty, P.O. Box 822112, Philadelphia, PA 19182-2112 |
| 14085245 | + | Michael F Avollone Assoc, 2813 Cottman Avenue, Philadelphia, PA 19149-1421 |
| 14085249 | | Nazareth Hospital, A Member of Mercy Health System, P.O. 824840, Philadelphia, PA 19182-4840 |
| 14085253 | + | PA Dept of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14085256 | + | Pennsylvania Turnnpike Commission, E-ZPass Customer Service Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14085258 | | Radiology Affiliates of Central NJ PC, PO Box 787512, Philadelphia, PA 19178-7512 |
| 14085259 | + | Sage Cpital Recovery, PO Box 8504, Cherry Hill, NJ 08002-0504 |
| 14112478 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14121391 | + | State of New Jersey, Division of Taxation Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 14085262 | | State of New Jersey, PO Box 283, Trenton, NJ 08646-0283 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2023 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14085235 | ^ | MEBN | Feb 18 2023 00:09:57 | AMCOL Systems Inc., PO Box 21625, Columbia, SC 29221-1625 |
| 14582655 | | Email/PDF: bncnotices@becket-lee.com | Feb 18 2023 00:22:11 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14195617 | | Email/Text: megan.harper@phila.gov | Feb 18 2023 00:10:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14085237 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 18 2023 00:10:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14085238 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2023 00:22:08 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14085239 | + | Email/Text: egssupportservices@alorica.com | Feb 18 2023 00:10:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14111796 | ^ | MEBN | Feb 18 2023 00:10:05 | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14085241 | | Email/Text: bknotices@fbcs-inc.com | | |

Case 18-12263-mdc    Doc 48    Filed 02/19/23    Entered 02/20/23 00:31:12    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 17, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 18 2023 00:10:00 | FBCS, 330 S. Warminister Road, Suite 353, Hatboro, PA 19040 |
| 14085242 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 18 2023 00:10:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 14106750 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Feb 18 2023 00:10:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14085261 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | | |
| | | | Feb 18 2023 00:10:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 14108542 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 18 2023 00:10:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14085244 | + | Email/Text: bknotices@mbandw.com | | |
| | | | Feb 18 2023 00:10:00 | Mccarthy Burgess & Wol, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 14085246 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 18 2023 00:10:00 | Midland Credit Management, P.O. Box 2000, Warren, MI 48090-2000 |
| 14085248 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 18 2023 00:10:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14085251 | | Email/Text: bankruptcydocs@osla.org | | |
| | | | Feb 18 2023 00:10:00 | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154 |
| 14085257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 18 2023 00:11:56 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14108504 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 18 2023 00:22:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14085517 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Feb 18 2023 00:22:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14085254 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 18 2023 00:11:48 | PayPal, PO box 105658, Atlanta, GA 30348-5658 |
| 14085255 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Feb 18 2023 00:10:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14086093 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 18 2023 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14085260 | | Email/Text: bankruptcy@sequium.com | | |
| | | | Feb 18 2023 00:10:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 14085263 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 18 2023 00:11:48 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14085264 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 18 2023 00:22:08 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14722502 | ^ | MEBN | | |
| | | | Feb 18 2023 00:09:56 | U.S. Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14111149 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 18 2023 00:10:00 | U.S.BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE, LLC D/B/A MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14196728 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Feb 18 2023 00:10:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14085265 | | Email/Text: exceptionreview@vivint.com | | |
| | | | Feb 18 2023 00:10:00 | Vivint, Inc., 62992 Collection Drive, Chicago, IL 60693-0629 |
| 14085266 | | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 18 2023 00:10:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14118846 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 18 2023 00:11:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 14085267 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| | | Feb 18 2023 00:11:42 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14085247 | * | Midland Credit Management, P.O. Box 2000, Warren, MI 48090-2000 |
| 14085252 | *P++ | OSLA STUDENT LOAN SERVICING, ATTN EMILY WRIGHT, 525 CENTRAL PARK DRIVE, SUITE 600, OKC OK 73105-1706, address filed with court:, OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154 |
| 14085250 | ##+ | North Shore Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Katrina Baradji dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Katrina Baradji

        Debtor(s)

Case No: 18−12263−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/17/23