**Fill in this information to identify the case:**

Debtor 1   Katrina Baradji
           aka Katrina Berry
           aka Katrine Berry-Baradji

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 18-12263

# Official Form 410S1
## Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-AHL1

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 3602

**Date of payment change:** 5/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,010.15
Principal, interest, and escrow, if any

**Part 1:   Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $134.77         New escrow payment: $136.13

**Part 2:   Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:              New interest rate:

   Current principal and interest payment:    New principal and interest payment:

**Part 3:   Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No

Official Form 410S1              Notice of Mortgage Payment Change                page 1

☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment**             **New mortgage payment:**

Debtor 1 <u>Katrina Baradji</u>　　　　　　　　　　　　　Case number *(if known)* <u>18-12263</u>
　　　　　Print Name　　Middle Name　　Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/　　Erin Elam　　　　　　　　</u>　Date　<u>　　3/11/2021　　　　　　　</u>
　Signature

Print　　　<u>　　　　Erin Elam　　　　　　　　　　　　　　　　</u>　　　Title　<u>Authorized Agent for Creditor</u>
　　　　　First Name　　Middle Name　　Last Name

Company　<u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address　<u>130 Clinton Rd #202</u>
　　　　　Number　Street

　　　　　<u>Fairfield NJ 7004　　</u>
　　　　　City　　　　　　　　　　　　　　　State　　ZIP Code

Contact Phone <u>470-321-7112</u>　　　　　　　　　　　　　　Email　<u>eelam@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____March 26, 2021_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KATRINA BARADJI
AKA KATRINA BERRY
AKA KATRINE BERRY-BARADJI
4552 TEESDALE STREET
PHILADELPHIA, PA 19136

AND VIA ELECTRONIC MAIL TO:

DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ _____Samantha Jones_____
Samantha Jones
Email: samjones@raslg.com

**mr. Cooper®**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**Escrow Account Disclosure Statement**

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m. to 3 p.m. (ET)

MAMADAOU BARADJI
4552 TEESDALE ST
PHILADELPHIA, PA 19136

Your Loan Number:
Statement Date: 02/28/2021

| | |
|---|---|
| *Why am I receiving this?* | Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to void a negative balance in the event of changing tax and insurance amounts. |
| *What does this mean for me?* | The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $151.38. If you are behind on your payments this is not a true surplus. |
| *What do I need to do?* | Please note that effective 05/01/2021, your new total monthly payment will be $1,010.15. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---:|---:|---:|
| PRINCIPAL AND INTEREST | $874.02 | $0.00 | $874.02 |
| ESCROW | $134.77 | $1.36 | $136.13 |
| **Total Payment** | **$1,008.79** | **$1.36** | **$1,010.15** |

*See below for surplus calculation*

*What is a Surplus?* A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.



*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---:|---:|---:|
| CITY TAX | $1,617.23 | $16.34 | $1,633.57 |
| **Annual Total** | **$1,617.23** | **$16.34** | **$1,633.57** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*

The change in your escrow payment** may be based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received earlier or later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Paid earlier or later than expected | • Paid earlier or later than expected |
| | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Force placed insurance premium paid |

### Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 03/20 through 04/21. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $272.26 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $423.64 will be reached in March 2022. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $151.38. **These amounts are indicated with an arrow (<).**

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $539.07 | ($70.59) |
| 03/20 | $0.00 | $129.34* | $0.00 | $0.00 | | $539.07 | $58.75 |
| 04/20 | $0.00 | $258.68* | $0.00 | $0.00 | | $539.07 | $317.43 |
| 05/20 | $134.77 | $129.34* | $0.00 | $0.00 | | $673.84 | $446.77 |
| 06/20 | $134.77 | $0.00 | $0.00 | $0.00 | | $808.61 | $446.77 |
| 07/20 | $134.77 | $264.11* | $0.00 | $0.00 | | $943.38 | $710.88 |
| 08/20 | $134.77 | $0.00 | $0.00 | $0.00 | | $1,078.15 | $710.88 |
| 09/20 | $134.77 | $134.77 | $0.00 | $0.00 | | $1,212.92 | $845.65 |
| 10/20 | $134.77 | $269.54* | $0.00 | $0.00 | | $1,347.69 | $1,115.19 |
| 11/20 | $134.77 | $0.00 | $0.00 | $0.00 | | $1,482.46 | $1,115.19 |
| 12/20 | $134.77 | $404.31E | $0.00 | $0.00 | | $1,617.23 | $1,519.50 |
| 01/21 | $134.77 | $269.54E | $0.00 | $0.00 | | $1,752.00 | $1,789.04 |
| 02/21 | $134.77 | $134.77 | $1,617.23 | $0.00 | CITY TAX | $269.54 | $1,923.81 |
| 03/21 | $134.77 | $134.77 | $0.00 | $1,633.57E  E | CITY TAX | $404.31 | $425.01 |
| 04/21 | $134.77 | $134.77E | $0.00 | $0.00 | | $539.08 | $559.78 |
| **Total** | **$1,617.24** | **$2,263.94** | **$1,617.23** | **$1,633.57** | **Total** | **$539.08** | **$559.78** |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $559.78 | $408.40 |
| 05/21 | $136.13 | | $0.00 | | | $695.91 | $544.53 |
| 06/21 | $136.13 | | $0.00 | | | $832.04 | $680.66 |
| 07/21 | $136.13 | | $0.00 | | | $968.17 | $816.79 |
| 08/21 | $136.13 | | $0.00 | | | $1,104.30 | $952.92 |
| 09/21 | $136.13 | | $0.00 | | | $1,240.43 | $1,089.05 |
| 10/21 | $136.13 | | $0.00 | | | $1,376.56 | $1,225.18 |
| 11/21 | $136.13 | | $0.00 | | | $1,512.69 | $1,361.31 |
| 12/21 | $136.13 | | $0.00 | | | $1,648.82 | $1,497.44 |
| 01/22 | $136.13 | | $0.00 | | | $1,784.95 | $1,633.57 |
| 02/22 | $136.13 | | $0.00 | | | $1,921.08 | $1,769.70 |
| 03/22 | $136.13 | | $1,633.57 | | CITY TAX | $423.64 | $272.26< |
| 04/22 | $136.13 | | $0.00 | | | $559.77 | $408.39 |
| **Total** | **$1,633.56** | | **$1,633.57** | | **Total** | **$559.77** | **$408.39** |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Jose Jurado at 866-316-2432. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

/td>